Michael D. DAVIS, Plaintiff–Appellant,

v.

Samuel I. WHITE, PC; Eric White; Ronald J. Guillot, Jr.; Onewest Bank, F.S.B.; Federal National Mortgage Association; Amy E. Miller, Defendants–Appellees.

No. 14–1472.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Michael D. Davis, Appellant Pro Se. Ronald James Guillot, Jr., Samuel I. White, PC, Virginia Beach, Virginia; Syed Mohsin Reza, Troutman Sanders, LLP, Tysons Corner, Virginia; Matthew David Green, Melissa Yvonne York, Morris & Morris, Richmond, Virginia, for Appellees.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Davis appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Samuel I. White, P.C.,* No. 3:13–cv–00780–REP, 2014 WL 1604270 (E.D.Va. Apr. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*